# THE YITZHAK LAW GROUP

ERICA T. YITZHAK																									ATTORNEYS AT LAW

LAVINIA A. ACARU

May 4, 2018

Hon. Nancy Hershey Lord
United States Bankruptcy Court
Eastern District of New York
225 Cadman Plaza East – Room 3577
Brooklyn, New York 11201

Re:   <u>Adversary Proceeding Robert L. Geltzer as Trustee of the Estate of Joanne D. Schulter a/k/a Joanne D Bevilaquia v. Antonio Bevilacqua; No.: 1-15-01176</u>

Dear Honorable Lord:

      Our office represents the Defendant Antonio Bevilacqua in the above-mentioned case. We would like to request that the Motion to Compromise Controversy filed by our office on or about September 2017 be restored to the calendar, and a settlement conference be scheduled since the motion for summary judgment has now been decided and the issue of administrative costs needs to be resolved.

      Please feel free to contact our office should you have any questions. Thank you for your attention and consideration in this matter.

Very truly yours,

      /s/
_____
Lavinia A. Acaru

17 Barstow Road, Suite 406 • Great Neck, New York 11021 • TEL: 516-466-7144 • FAX: 516-466-7145 • EMAIL: lavinia@etylaw.com